## UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Voluntary Dismissal

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form27instructions.pdf

**9th Cir. Case Number(s)** | 26-2128

**Case Name** | Clinton Brown v. Clark R. Taylor

**Lower Court or Agency Case Number** | 2:22-cv-09203-MEMF-KS

What is your name? | Clinton Brown

1. **What** do you want the court to do?

Dismiss this appeal voluntarily under FRAP 42(b)(2), with each party to bear its own costs and fees on appeal. No other relief is requested. See FRAP 42(b)(3).

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

Appellant maintains that the judgment below is erroneous but, as a pro se litigant, has elected not to continue pursuing appellate review.

Your mailing address:

1431 Ocean Ave, Unit 413

City | Santa Monica | State | CA | Zip Code | 90401

Prisoner Inmate or A Number (if applicable)

**Signature** | Clinton Brown | **Date** | July 22, 2026

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 27** | *New 12/01/2018*