UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 29 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

CLINTON BROWN,

Plaintiff - Appellant,

v.

CLARK R. TAYLOR,

Defendant - Appellee.

No. 26-2128

D.C. No.
2:22-cv-09203-MEMF-KS
Central District of California,
Los Angeles

ORDER

The motion (Docket Entry No. 8) for voluntary dismissal is granted. *See*

Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT